

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00296-CR

Vincent Trevino **GOMEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12346
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of conviction is AFFIRMED.

SIGNED December 28, 2022.

_____
Luz Elena D. Chapa, Justice